UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
        Petitioner, )
         )
V. ) M.B.D. No. 08-mc-10279-NG
         )
MARSHALL S. STERMAN, )
        Respondent. )

### ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Mary A. Coburn, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # _15_ in the United States District Courthouse in _Boston_, on the _12_ day of _December_, 200_8_, at _3:00_ P_M., to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on April 1, 2008. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Marshall S. Sterman on or before _November 28_, 200_8_.

It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at _Boston_, Massachusetts on this _10th_ day of _October_, 200_8_.

_____
UNITED STATES DISTRICT JUDGE

_Judith Gail Dein_
UNITED STATES MAGISTRATE JUDGE