**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | #08-mc-10279-NG |
| DEFENDANT | TYPE OF PROCESS |
| MARSHALL S. STERMAN | ORDER TO SHOW CAUSE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARSHALL S. STERMAN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
68 PHILLIPS BEACH AVENUE, SWAMPSCOTT, MA 01907

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

JEFFREY FAUCI, AUSA
U.S. ATTORNEY'S OFFICE
1 COURTHOUSE WAY - SUITE 9200
BOSTON, MA 02210

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE SERVE ON OR BEFORE 11/28, 2008

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 617-748-3282
DATE: 10/6/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 10/15/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
SAME

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
SAME

Date: 11/4/08  Time: 1:00 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45 | 14.04 | | 59.04 | | $0.00 |

REMARKS:
1/2 HR. 12 MILES. 11/4/08 VERIFIED THAT STERMAN STILL RESIDES AT #68, LEFT IN MAILBOX. NO ONE HOME.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Petitioner,<br><br>V.<br><br>MARSHALL S. STERMAN,<br>             Respondent. | )<br>)<br>)<br>) M.B.D. No. 08-mc-10279-NG<br>)<br>)<br>)<br>) |

## ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Mary A. Coburn, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # _15_ in the United States District Courthouse in _Boston_, on the _12_ day of _December_, 200_8_, at _3:00_ P.M., to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on April 1, 2008. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Marshall S. Sterman on or before _November 28_, 200_8_.

It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at _Boston_, Massachusetts on this _10th_ day of _October_, 200_8_.

_____
UNITED STATES DISTRICT JUDGE

_Judith Gail Dein_
UNITED STATES MAGISTRATE JUDGE



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 4-1- 2008 | |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

| Signature | Title |
|---|---|
| Marshut | [signature] |

11/4/08 VERIFIED DEFENDANT CURRENTLY RESIDES AT #68, LEFT IN MAILBOX. NO ONE HOME.

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| Jeff Ost | DUSM |

Catalog No. 25000Q                                        Form **6637** (Rev. 4-2005)