UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,     )
            Petitioner,       )
                              )
v.                            )   M.B.D. No. 08-10279-NG / JGD
                              )
MARSHALL S. STERMAN,          )
            Respondent.       )
_____)

## ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Judith G. Dein for hearing on December 12, 2008 and the respondent, Marshall S. Sterman, not having shown any cause why he should not obey the Summons issued to him on April 1, 2008:

IT IS ORDERED that Marshall S. Sterman obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Mary A. Coburn or any other officer of the Internal Revenue Service authorized to examine the records and take his testimony on or before _____, 2009 at _____ AM /PM at the office of the Internal Revenue Service, One Montvale Avenue, Stoneham, MA 02180, Tel. # (781) 835-4206.  Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

_____
JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

Dated: December 12, 2008