UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
UNITED STATES OF AMERICA,　　　　)
　　　　　　Petitioner,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　M.B.D. No. 08-10279-NG / JGD
　　　　　　　　　　　　　　　　　　)
MARSHALL S. STERMAN,　　　　　　)
　　　　　　Respondent.　　　　　　　)
　　　　　　　　　　　　　　　　　　)

### ORDER ENFORCING INTERNAL
### REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before

United States Magistrate Judge Judith G. Dein for hearing on December 12, 2008 and the

respondent, Marshall S. Sterman, not having shown any cause why he should not obey

the Summons issued to him on April 1, 2008:

IT IS ORDERED that Marshall S. Sterman obey the Summons and appear (with

the documents described in the Summons) before Revenue Officer Mary A. Coburn or

any other officer of the Internal Revenue Service authorized to examine the records and

take his testimony on or before _Jan  8_____, 2009 at _10.00_AM /PM at

the office of the Internal Revenue Service, One Montvale Avenue, Stoneham, MA 02180,

Tel. # (781) 835-4206.  Failure to comply with this Order shall make the respondent

liable for a finding of contempt of court.

_Judith Gail Dein_____
JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

Dated: December 12, 2008